IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,**<br><br>　　　　　Plaintiff,<br>v.<br><br>**AMCREST TECHNOLOGIES, LLC**<br><br>　　　　　Defendant. | C.A. 4**:22-CV-01311**<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

# AMCREST TECHNOLOGIES, LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Amcrest Technologies, LLC ("Amcrest") hereby moves to dismiss the Complaint. Plaintiff Social Positioning Input Systems, LLC ("Social Positioning") has failed to state a claim upon which relief can be granted because each of their asserted patents is directed to unpatentable subject matter under 35 U.S.C. § 101. The reasons for Defendant's requested relief are set forth in their Memorandum in Support of their Motion to Dismiss which is filed contemporaneously herewith.

Dated: October 5, 2022

　　　　　　　　　　　　　　　　　　By: *Neil J. McNabnay*
　　　　　　　　　　　　　　　　　　　　Neil J. McNabnay
　　　　　　　　　　　　　　　　　　　　mcnabnay@fr.com
　　　　　　　　　　　　　　　　　　　　Ricardo J. Bonilla
　　　　　　　　　　　　　　　　　　　　rbonilla@fr.com
　　　　　　　　　　　　　　　　　　　　Noel Chakkalakal
　　　　　　　　　　　　　　　　　　　　chakkalakal@fr.com

　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　　1717 Main Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　　　(214) 747-5070 (Telephone)
　　　　　　　　　　　　　　　　　　　　(214) 747-2091 (Facsimile)

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　　**AMCREST TECHNOLOGIES, LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served pursuant to Fed. R. Civ. P. 5(b) with a copy of this document via the Court's CM/ECF system.

/s/ *Neil J. McNabnay*
Neil J. McNabnay