IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,** § § § | |
| **Plaintiff,** § § | Case No: 4:22-cv-01311 |
| vs. § § | PATENT CASE |
| **AMCREST TECHNOLOGIES, LLC** § § | |
| **Defendant.** § § § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC, and Defendant Amcrest Technologies, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1.   All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2.   Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: October 17, 2022.                    Respectfully submitted,

                                            */s/Jay Johnson*
                                            **JAY JOHNSON**
                                            State Bar No. 24067322
                                            **D. BRADLEY KIZZIA**
                                            State Bar No. 11547550
                                            **KIZZIA JOHNSON, PLLC**
                                            1910 Pacific Ave., Suite 13000
                                            Dallas, Texas 75201
                                            (214) 451-0164
                                            Fax: (214) 451-0165
                                            jay@kjpllc.com
                                            bkizzia@kjpllc.com

                                            **ATTORNEYS FOR PLAINTIFF**

                                            */s/Noel Chakkalakal*
                                            Neil J. McNabnay
                                            mcnabnay@fr.com
                                            Ricardo J. Bonilla
                                            rbonilla@fr.com
                                            Noel Chakkalakal
                                            chakkalakal@fr.com
                                            FISH & RICHARDSON P.C.
                                            1717 Main Street, Suite 5000
                                            Dallas, Texas 75201
                                            (214) 747-5070 (Telephone)
                                            (214) 747-2091 (Facsimile)

                                            **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically on October 17, 2022 and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                            */s/Jay Johnson*
                                            **JAY JOHNSON**