United States District Court
Southern District of Texas
**ENTERED**
October 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-01311 |
| § § | |
| AMCREST TECHNOLOGIES, LLC, § § | |
| Defendant. § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal. Doc. #25. Plaintiff and Defendant have settled all claims against each other. In accordance with parties' Joint Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ORDERED that Plaintiff's claims are dismissed with prejudice and Defendant's counterclaims are dismissed without prejudice. Each party shall bear its own costs, expenses, and attorney's fees.

It is so ORDERED.

OCT 1 8 2022
_____        _____
Date                                              The Honorable Alfred H. Bennett
                                                         United States District Judge